# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHZAD HAFEZI, an individual,<br><br>  Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No. 14-cv-653-MMA-NLS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

On April 14, 2014, Defendant United States filed an *ex parte* motion seeking dismissal of this action on the ground that the case was settled. [Doc. No. 6.] After receiving no response from Plaintiff Hafezi, the Court issued an order directing Plaintiff to respond to the motion and inform the Court whether he stipulated to dismissal of this action with prejudice.

On June 4, 2014, Plaintiff filed a response to the *ex parte* motion, wherein he indicated that the case had settled. [Doc. No. 9.] Plaintiff further stated that he would file dismissal papers that same day. To date, Plaintiff has not moved to dismiss this action.

/ / /

/ / /

/ / /

/ / /

1      Based upon Plaintiff's clear intent to dismiss this case, the Court construes
2 Plaintiff's response to Defendant's *ex parte* motion as a notice of voluntary
3 dismissal pursuant to Federal Rule of Civil Procedure 41(a).   Accordingly, good
4 cause having been shown, this Court hereby **ORDERS** that Plaintiff's action
5 against Defendant is **DISMISSED WITH PREJUDICE**.
6      The Clerk of Court is hereby instructed to terminate this case.
7      **IT IS SO ORDERED.**
8 DATED: June 10, 2014

                                              Hon. Michael M. Anello
                                              United States District Judge